**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of _____
                              (State)

Case number (*If known*): _____ Chapter __7__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1.  **Debtor's name**                    _____

2.  **All other names debtor used**      _____
    **in the last 8 years**              _____

    Include any assumed names,           _____
    trade names, and *doing business*    _____
    *as* names                           _____

3.  **Debtor's federal Employer**        8 5 – 3 5 4 7 2 5 9
    **Identification Number** (EIN)

4.  **Debtor's address**    Principal place of business              Mailing address, if different from principal place
                                                                     of business

                            _____          _____
                            Number       Street                      Number        Street

                            _____          _____
                                                                     P.O. Box

                            _____          _____
                            City            State    ZIP Code       City             State    ZIP Code

                                                                     **Location of principal assets, if different from**
                                                                     **principal place of business**

                            _____          _____
                            County                                   Number        Street

                                                                     _____

                                                                     _____
                                                                     City             State    ZIP Code

5.  **Debtor's website** (URL)           _____

**6. Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No

☐ Yes.   District _____ When _____ Case number _____
                 MM / DD / YYYY

         District _____ When _____ Case number _____
                 MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☐ Yes.   Debtor    See attached. _____ Relationship _____

         District _____ When _____

                                     MM / DD / YYYY

         Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

     **Why does the property need immediate attention?** (*Check all that apply.*)

     ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

         What is the hazard? _____

     ☐ It needs to be physically secured or protected from the weather.

     ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

     ☐ Other _____

     **Where is the property?** _____
                 Number      Street

         _____

         _____
         City                 State ZIP Code

     **Is the property insured?**

     ☐ No

     ☐ Yes. Insurance agency _____

            Contact name _____

            Phone _____

---

**▮ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49          ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99         ☐ 5,001-10,000       ☐ 50,001-100,000
☐ 100-199       ☐ 10,001-25,000      ☐ More than 100,000
☒ 200-999

**15. Estimated assets**

☐ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☒ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☒ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   6/18/2024
              MM / DD / YYYY

X _____        Kyle Beddome
Signature of authorized representative of debtor      Printed name

Title  Owner

| Debtor | Titan Solar Power NJ, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**18. Signature of attorney**

✘ _(signature)_                                    Date    06/28/2024
Signature of attorney for debtor                          MM / DD / YYYY

Christopher H. Bayley
Printed name

Snell & Wilmer L.L.P.
Firm name

1 E. Washington Street, Suite 2700
Number        Street

| Phoenix | AZ | 85004 |
|---|---|---|
| City | State | ZIP Code |

| (602) 382-6214 | cbayley@swlaw.com |
|---|---|
| Contact phone | Email address |

| 010764 | AZ |
|---|---|
| Bar number | State |

Question No. 10 Attachment

| Debtor | District | Case No. | Relationship | When |
|---|---|---|---|---|
| NationalSRSales, LLC | Arizona | 2:24-bk-05223-MCW | Affiliate | 6/28/24 |
| PM & M Electric, Inc. | Arizona | 2:24-bk-04978-MCW | Affiliate | 6/20/24 |
| Titan Solar Power AZ, Inc. | Arizona | 2:24-bk-04979-DPC | Affiliate | 6/20/24 |
| Titan Solar Power CA, Inc. | Arizona | 2:24-bk-05224 | Affiliate | 6/28/24 |
| Titan Solar Power CO, Inc. | Arizona | 2:24-bk-05225 | Affiliate | 6/28/24 |
| Titan Solar Power FL, Inc. | Arizona | 2:24-bk-05226 | Affiliate | 6/28/24 |
| Titan Solar Power GA, Inc. | Arizona | 2:24-bk-05227 | Affiliate | 6/28/24 |
| Titan Solar Power ID, Inc. | Arizona | 2:24-bk-05228-BKM | Affiliate | 6/28/24 |
| Titan Solar Power IL, Inc. | Arizona | 2:24-bk-05230 | Affiliate | 6/28/24 |
| Titan Solar Power LA, Inc. | Arizona | 2:24-bk-05231-PS | Affiliate | 6/28/24 |
| Titan Solar Power MD, Inc. | Arizona | 2:24-bk-05233 | Affiliate | 6/28/24 |
| Titan Solar Power MO, Inc. | Arizona | 2:24-bk-05234-EPB | Affiliate | 6/28/24 |
| Titan Solar Power MS, Inc. | Arizona | 2:24-bk-05235-DPC | Affiliate | 6/28/24 |
| Titan Solar Power NC, Inc. | Arizona | 2:24-bk-05238-MCW | Affiliate | 6/28/24 |
| Titan Solar Power NM, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan Solar Power NV, Inc. | Arizona | 2:24-bk-05025-MCW | Affiliate | 6/21/24 |
| Titan Solar Power OH, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan Solar Power SC, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan Solar Power TN, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan Solar Power TX, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan Solar Power UT, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan Solar VA, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan Solar Power WI, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan Electrical Services, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan SF, Inc. | Arizona | To be filed | Affiliate | shortly |

# United States Bankruptcy Court
# District of Arizona

## MAILING LIST DECLARATION

In re: Titan Solar Power NJ, Inc.          Case No.

☐ Check if this is an Amended/Supplemental
Mailing List (Include only newly added or
changed creditors.)

I, Kyle Beddome, the owner of Titan Solar Power NJ, Inc. do hereby certify, under
penalty of perjury, that the Mailing List, consisting of _39_ pages, is complete and correct
to the best of my belief.

Date: June 28, 2024

Kyle Beddome/Owner

Date: June 28, 2024

*/s/ Christopher H. Bayley*
Snell & Wilmer L.L.P.
Christopher H. Bayley
Molly J. Kjartanson
1 East Washington Street, Suite 2700
Phoenix, AZ 85004-2202
Telephone: 602.382.6000
cbayley@swlaw.com
mkjartanson@swlaw.com

TITAN SOLAR POWER NJ, INC.

JUSTIN RUGGIERO
62 SCHOOLHOUSE ROAD
OAK RIDGE, NJ  07438

MATTHEW GUERRA
8 RIDGEDALE PL
WOODBRIDGE TWP, NJ  07095

NICOLE YATES-LOPEZ
46 ABBOTT ROAD
SOMERSET, NJ  08873

WILLIAM SMITH
618 CHARLES STREET
MOUNT EPHRAIM, NJ  08059

DANIEL TOLSON
3605 PEMBROKE LANE
OCEAN CITY, NJ  08226

LOUVENIA MAJOR
740 NEW BRUNSWICK ROAD
SOMERSET, NJ  08873

LAUREN MORALES
15 DUNDALK LANE
SICKLERVILLE, NJ  08081

ROBERT WHILESON
828 E BROWN ST
GLOUCESTER CITY, NJ  08030

ANGEL MOROCHO
168 WILFRED AVE
HAMILTON, NJ  08610

ANGEL MOROCHO
168 WILFRED AVE
HAMILTON, NJ  08610

JEAN DONATIENNE
54 EDGELY LN
WILLINGBORO, NJ  08046

GARETH CHILCOAT
40 FAIRMONT AVENUE
SOMERVILLE, NJ  08876

TITAN SOLAR POWER NJ, INC.

CLARICE GOGIA
2 OXFORD DR
LIVINGSTON, NJ  07039

DANIEL EPSTEIN
101 RUNYON AVENUE
PISCATAWAY, NJ  08854

SHABAZZ MUHAMMAD
1 HINKLE WAY
DELANCO, NJ  08075

JAMES HARGROVE
2 JERRYS CT
SICKLERVILLE, NJ  08081

JEFFRIE MCCORMICK
852 MARKET STREET
GLOUCESTER CITY, NJ  08030

ERNESTINE TAYLOR
84 NORTHAMPTON DR
WILLINGBORO, NJ  08046

JANICE CLARKE
15 NEPTUNE LN
WILLINGBORO, NJ  08046

LEONARDO GONZALEZ
306 LILLIAN AVE
HAMILTON, NJ  08610

ENRIQUE MARTINEZ
26 S PAYNE AVE
RUNNEMEDE, NJ  08078

WILLIAM BRUNO
708 PARK AVE
RUNNEMEDE, NJ  08078

AWA FAYE
708 SHIRLEY PARKWAY
PISCATAWAY, NJ  08854

JENNELL NOBLE-VENEY
68 TARNSFIELD ROAD
WESTAMPTON, NJ  08060

TITAN SOLAR POWER NJ, INC.

DIONNY ALMONTE
14 WASHINGTON ST
NEWTON, NJ  07860

DANIEL DENGLER
85 EAST DELAWARE AVENUE
FLORENCE, NJ  08518

MARIA GRULLON
2278 PENN ST
PENNSAUKEN TWP, NJ  08110

PETER FADEJEW
42 SHANAHAN LNE
CHESTERFIELD TWP, NJ  08515

PATTE MURRAY
300 ORCHARD AVE
RUNNEMEDE, NJ  08078

TOM PIPPET
10 ROOSEVELT BOULEVARD
OCEAN CITY, NJ  08226

GUILLERMO ARBELAEZ
232 DELAWARE AVENUE
UNION, NEW JERSEY  07083

LUIS RINCON
549 551 GRIER AVE
ELIZABETH, NJ  07202

JOSEPH PAGLIARELLA
529 HIRSCH AVENUE
RUNNEMEDE, NJ  08078

KARLESS HINTON
60 FOX HOLLOW DR
MAYS LANDING, NJ  08330

CHRISTOPHER OGALO
918 LINWOOD PL NORTH
BRUNSWICK TWP, NJ  08902

MARILYN REILLY
419 HORACE AVENUE
PALMYRA, NJ  08065

TITAN SOLAR POWER NJ, INC.

SUSAN CLIFFORD
207 BROADWAY
RUNNEMEDE, NJ  08078

SANGEETA BHAGAT
105 DOVER RD
WOODBRIDGE TOWNSHIP, NJ  07067

MICHELLE HAFERL
33 IVY HALL LANE
SICKLERVILLE, NJ  08081

ANNIE RAGIN
2 HAWTHORNE ROAD
SICKLERVILLE, NJ  08081

NICK PALMIERI
25 BAY POINT DRIVE
TOMS RIVER, NJ  08753

KIMBERLY WHITE
59 MULLEN DRIVE
SICKLERVILLE, NJ  08081

HARVEY CHAPPELL
215 EAST MONROE AVENUE
MAGNOLIA, NJ  08049

ANDRES PLANA
342 FREDERICK STREET
PLAINFIELD, NJ  07062

LARRY BRADFORD
174 BLOOMFIELD AVENUE
WOODBRIDGE TOWNSHIP, NJ  08830

ROBERT EVANS
251 SALVIA STREET
BROWNS MILLS, NJ  08015

LEANA FRANCE-ISAACS
111 UNDERWOOD STREET
NEWARK, NJ  07106

GREGORY ROTH
513 FILMORE ST
RIVERSIDE, NJ  08075

TITAN SOLAR POWER NJ, INC.


BRYAN MOREY
6171 HARVEY AVENUE
PENNSAUKEN TOWNSHIP, NJ  08109


OLGA RODRIGUEZ
126 SHREVE AVENUE
BARRINGTON, NJ  08007


ALFONSO NICHOLAS
15 LOCUST STREET
MERCHANTVILLE, NJ  08109


NANCY STUHLER
205 IPSWICH LANE
MONROE, NJ  08094


AMADEO ESPINOZA
906 COLUMBIA AVE
NORTH BERGEN, NJ  07047


NICOLE THOMPSON
7250 GITHENS AVENUE
PENNSAUKEN TOWNSHIP, NJ  08109


RENDE ZHANG
26 GREENTREE WAY
CHERRY HILL, NJ  08003


JONATHAN BOZARTH
8710 HERBERT AVENUE
PENNSAUKEN TOWNSHIP, NJ  08109


MONIQUE KNIGHTON
118 LEJUNE ROAD
CINNAMINSON, NJ  08077


BRANDON ALLARD
902 WASHINGTON AVENUE
PALMYRA, NJ  08065


MARIANNE COUPE
6 RIVER DRIVE
RIVERSIDE, NJ  08075


ALISON GERACE
309 MONMOUTH DRIVE
CHERRY HILL, NJ  08002

TITAN SOLAR POWER NJ, INC.

CHERYL WATERS
105 PALMER COURT
MONROE, NJ  08094

ZACH SIMON
206 MASSACHUSETTS AVENUE
CHERRY HILL, NJ  08002

TARIQ AMEER
1516 CORNELL AVENUE
HAMILTON TOWNSHIP, NJ  08619

ERICA WAYNICK
7 ECHOHILL LANE
WILLINGBORO, NJ  08046

LAUREN WASHINGTON
32 HARWICK LANE
WILLINGBORO, NJ  08046

REBECCA CLUGSTEN
3031 QUAKERBRIDGE RD
TRENTON, NJ  08619

MELBA CHERICO
433 EAST EMERALD AVENUE
COLLINGSWOOD, NJ  08108

VINCENT SCHNELL
25 FARMINGTON DRIVE
EVESHAM, NJ  08053

KAREN JAOCKOWSKI
12 HUNTERS LANE
SPARTA, NJ  07871

MARY CROWDERLEAVER
112 S BROWN STREET
GLOUCESTER CITY, NEW JERSEY  08030

MARVIN DAVIS
213 WILLIAMS AVE
DEPTFORD, NJ  08096

JOE WATCHER
2212 BRANCH PIKE
CINNAMINSON, NJ  08077

TITAN SOLAR POWER NJ, INC.

CHRISTINE RADZAI
38 DOUGLAS ROAD
ROCKAWAY, NJ  07866

SHERWIN AMOUR
730 JARVIS ROAD
SICKLERVILLE, NJ  08081

JENNINGS STEPHENSON
7 CONSTITUTION ROAD
CLEMENTON, NJ  08021

RONALD PAPA
44 JEFFERSON AVENUE
MOUNT EPHRAIM, NJ  08059

CHRISTOPHER RYAN
17 ANGEL PLACE
FRANKLIN TOWNSHIP, NJ  08873

ALFEO DIFILLIPPO
1184 OLD INDIAN MILLS ROAD
TABERNACLE, NJ  08088

NIKKI GIDDINS
22 PENNSYLVANIA AVENUE
STRATFORD, NJ  08084

JOSEPH MALOTT
112 EATON PLACE
VOORHEES TOWNSHIP, NJ  08043

DEBBIE NOWICKI
39 ANNA AVENUE
MAPLE SHADE, NJ  08052

MARY GILBERT
5022 WALNUT AVENUE
PENNSAUKEN TOWNSHIP, NJ  08109

ANGELA CIVINSKI
709 RIDGEWOOD DRIVE
VINELAND, NJ  08361

ALLISON PALYOK
39 JAMAICA WAY
TRENTON, NJ  08610

TITAN SOLAR POWER NJ, INC.

RICHARD LEAVER
817 MORRIS STREET
GLOUCESTER CITY, NJ  08030

TONYA GRAY
81 SOUTH PROSPECT TERRACE
TEANECK, NJ  07666

JANINE BLUNT
135 WEBSTER STREET
RIVERSIDE, NJ  08075

ELIZABETH VELASCO
25 CHILTON STREET
ELIZABETH, NEW JERSEY  07208

ELIZABETH VELASCO
25 CHILTON STREET
ELIZABETH, NEW JERSEY  07208

TYSHON TUCKER
1167 LOWER FERRY RD
TRENTON, NJ  08618

DEBRA BOFINGER
8 OAKWOOD DRIVE
CINNAMINSON, NJ  08077

TIMOTHY JAMESON
509 LECONEY AVENUE
PALMYRA, NJ  08065

DURGESH PATEL
30 CALDWELL RD
EDISON, NJ  08817

TIMOTHY JAMESON
509 LECONEY AVENUE
PALMYRA, NEW JERSEY  08065

ALFRED GRAVES
291 TILTON ROAD
PLEASANTVILLE, NJ  08232

JASMINE COOPER
649 KINGMAN AVENUE
VINELAND, NJ  08360

TITAN SOLAR POWER NJ, INC.

ROBERT LEISTNER
1430 EAST ELMER ROAD
VINELAND, NJ 08361

REBECCA STUDDY
1515 BAY AVENUE
OCEAN CITY, NJ 08226

TOMAS ACEVEDO
485 EAST WALNUT ROAD
VINELAND, NJ 08360

CHRISTOPHER ESCUTI
119 RHODE ISLAND AVENUE
CHERRY HILL, NJ 08002

IRVING CLARK
660 NORTH PRINCETON AVENUE
CHERRY HILL, NJ 08002

MEGAN CHORBA
11 REDWOOD AVENUE
BORDENTOWN, NEW JERSEY 08505

STEVEN MCKOY
73 NEW CASTLE LANE
WILLINGBORO, NJ 08046

JASON REED
117 RIDGE ROAD
CHERRY HILL, NJ 08002

ELEAZAR MANUEL DULANTO
26 HICKORY AVENUE
WEST MILFORD, NJ 07480

SAALIM LEWIS
434 CHARLESTON ROAD
WILLINGBORO, NJ 08046

MARGARITA ABUAWADEH
318 WESTMINSTER AVENUE
CHERRY HILL, NJ 08002

MARIE HIGGINS
308 SAMPSON AVENUE
LAKEWOOD, NJ 08701

TITAN SOLAR POWER NJ, INC.

ZORAIDA VARGAS
525 EAST PLUM STREET
VINELAND, NJ  08360

ORLANDO U RIVERA & ELEAZAR
9 PALMYRA ROAD
HEWITT, NJ  07421

SHARON CORNELL
984 YELLOWBANK ROAD
TOMS RIVER, NJ  08753

TRACY TORRES
418 IVES AVENUE CARNEYS
POINT TOWNSHIP, NJ  08069

NATALIE ROTON
1309 BROADWOOD AVENUE
CINNAMINSON, NJ  08077

RANDI MCDONNELL
1107 MONMOUTH ROAD
DEPTFORD, NJ  08096

ANDREW WINKLER
22 ERINDALE DRIVE
EVESHAM, NJ  08053

IRIS MEJIAS
55 NORTH VALLEY AVENUE
VINELAND, NJ  08360

DANIELLE IANNELLI
276 NORTH MONMOUTH AVENUE
WEST DEPTFORD, NJ  08086

LISA ABBATELLI
1 AMHURST AVE
SOMERDALE, NJ  08083

JOSEPH ROVETTO
27 MOHAWK TRAIL
JEFFERSON, NJ  07849

LAWRENCE MOORE
7 PATRICIA LANE
SICKLERVILLE, NEW JERSEY  08081

TITAN SOLAR POWER NJ, INC.

LISSETTE VELEZ
734 SOUTH STATE STREET
VINELAND, NJ  08360

CHERRIE MILTON
725 MOHAWK STREET
WASHINGTON TOWNSHIP, NJ  08012

PEDRO SANCHEZ
400 KRISTIAN DRIVE
VINELAND, NJ  08360

DALE FAHR
15 HICKORY LANE
WEST PILESGROVE, NJ  08098

WILLIAM CONNOR
1639 FOREST DRIVE
WILLIAMSTOWN, NEW JERSEY  08094

CHRIS VASQUEZ
80 LEMBECK AVENUE
JERSEY CITY, NJ  07305

DAISHA HOLLOWAY
238 NORTH CAROLINA TRAIL
PEMBERTON TOWNSHIP, NJ  08015

WAYNE FOSTER
1457 EAST WALNUT ROAD
VINELAND, NJ  08361

RAMONA PEDRO
882 SOUTH SPRING ROAD
VINELAND, NJ  08361

MICHAEL YOUCH
5 DOWNING LN
WASHINGTON TOWNSHIP, NJ  08080

ANTHONY GREENWOOD
341 FLORENCE AVE
LONG BRANCH, NJ  07740

HOLVIN FIGUEROA
695 RIDGEWOOD DRIVE
VINELAND, NJ  08361

TITAN SOLAR POWER NJ, INC.

KELVIN REGALADO
907 NORTH 8TH STREET
MILLVILLE, NJ  08332

LUIS TORRES
446 FORBES DRIVE
VINELAND, NJ  08360

CYNTHIA SOTO
535 RICHARD DRIVE
MILLVILLE, NJ  08332

ANGKHANA CHOOPRAYOON
426 PARK DRIVE
MIDDLETOWN TOWNSHIP, NJ  07748

STEVEN FOWLER
608 ARLENE DRIVE
BROWNS MILLS, NEW JERSEY  08015

WILLIAM FLORES
308 UNION LAKE ROAD
MILLVILLE, NJ  08332

EMIGDONIO CORDERO
445 MAPLE AVENUE
NEWFIELD, NJ  08344

PAUL TANTILLO
174 TERRACE AVENUE
HASBROUCK HEIGHTS, NJ  07604

JUAN TEJADA
51 BURNS AVENUE
LODI, NJ  07644

JAMES KERRES
3497 JESSE ROAD
VINELAND, NJ  08361

CRYSTAL & ANDERSON DAVID
309 SHADY LN
EVESHAM, NJ  08053

NICOLE GOLDEN
131 LILLIAN AVENUE
HAMILTON TOWNSHIP, NJ  08610

TITAN SOLAR POWER NJ, INC.

CRYSTAL TURNER
669 AUSTIN ST
MANTUA, NEW JERSEY  08051

DIANA PARKS
417 CEDAR AVENUE
PITMAN, NJ  08071

JESUS ALVARADO
293 FORBES DRIVE
VINELAND, NJ  08360

PAUL NAIDAS
4 GREEN TREE ROAD
STRATFORD, NJ  08084

BRENDAN BURKE
8 HIGHVIEW TERRACE
HAWTHORNE, NJ  07506

ARZELIA RAMIREZ
61 DAYTON ST
PATERSON, NJ  07501

ARZELIA RAMIREZ
61 DAYTON ST
PATERSON, NJ  07501

MARK SAQUELLA
7 WHITMAN TERRACE
WASHINGTON TOWNSHIP, NJ  08012

ALEXANDER ROBAYO
23 TIMBERLINE DRIVE
WAYNE, NJ  07470

TASHA BUTLER-MCFARLAND
245 TIFFANY LANE
WILLINGBORO, NJ  08046

ELENA MERCADO
46 AVON PLACE
VINELAND, NJ  08360

DAVID ROGERS
349 FERNWOOD AVENUE
BURLINGTON, NJ  08016

TITAN SOLAR POWER NJ, INC.

JOSE AND MICHELLE PACHECO-CAZARES
198 WEST AVENUE
NORTH BRIDGETON, NJ  08302

ANA RIOS
90 MELROSE STREET
VINELAND, NJ  08360

HECTOR GUZMAN
1071 LINDA LANE
VINELAND, NJ  08360

VICTOR QUEIRO
4 COLONIAL BOULEVARD
WESTWOOD, NJ  07675

HARRY WRIGHT
105 PATTERSON AVENUE
GREENWICH TOWNSHIP, NJ  08027

ALEXANDER TORO
411 DENNIS AVENUE
PEMBERTON TOWNSHIP, NJ  08015

DASHAWN WILSON
59 LAVENDER DR
SEWELL, NEW JERSEY  08080

GENEVA THOMAS
18 BARKER LANE
WILLINGBORO, NJ  08046

ESVIN FIGUEROA
29 ANNABELLE AVENUE
TRENTON, NEW JERSEY  08610

JULIUS PRINCE
6241 LINCOLN AVENUE
PENNSAUKEN TOWNSHIP, NJ  08110

CHARLES LEWIS
1557 MIFFLIN STREET
WEST DEPTFORD, NJ  08086

JESUS JIMENEZ
717 CHERRY STREET
MILLVILLE, NJ  08332

TITAN SOLAR POWER NJ, INC.

COREY WILLIAMS
27 BRIGHT AVE
PENNSVILLE TOWNSHIP, NJ  08070

KRISTAN MILLER
26 BARCLAY DR
PENNSVILLE, NEW JERSEY  08070

JOYCE LEWIS
13 HOWARD ST
PENNS GROVE, NJ  08069

LASHANDA BROWN
45 BUDHOLLOW LANE
WILLINGBORO, NJ  08046

STEVE WAY
271 MIDDLESEX AVE
WEST DEPTFORD, NJ  08086

RUBY ROSARIO
886 TANGLEWOOD LANE
VINELAND, NJ  08360

ISAAC MALDONADO
625 DIVISION STREET
GLOUCESTER CITY, NJ  08030

GREGORY DIDONATO
109 APPLE AVE
BELLMAWR, NEW JERSEY  08031

CARLOS MARTINEZ
138 OAKMONT ROAD
CLEMENTON, NJ  08021

PHONG GIANG
11 POPLAR STREET
FORDS, NEW JERSEY  08863

ANDRIY LUMEY
605 E EVESHAM RD
VOORHEES TOWNSHIP, NJ  08043

AYSEL CEYLAN
668 RIDGEWOOD DRIVE
VINELAND, NJ  08361

TITAN SOLAR POWER NJ, INC.

RANDY MOLINA
52 HEDDEN TERRACE
NORTH ARLINGTON, NJ 07031

KEVIN FILOON
13 WILLET CT
SICKLERVILLE, NJ 08081

PATRICK AND PATRICIA DENNERY
130 OBERLIN RD
PENNSVILLE TOWNSHIP, NJ 08070

WILLIAM STADNICK
922 CARMEL ROAD
MILLVILLE, NJ 08332

RUSSELL SHERMAN
8 COLUMBIA DRIVE
PENNSVILLE TOWNSHIP, NJ 08070

SANTA GOMEZ
1458 SOUTH 9TH STREET
CAMDEN, NJ 08104

DONALD RISSMILLER
21 JOHNSON DRIVE
CHATHAM TOWNSHIP, NJ 07928

DARLENE BREEN
25 WARNER AVE GREEN
BROOK TOWNSHIP, NJ 08812

ROBERT BLEDSOE
23 TOMASELLO DRIVE
MILLVILLE, NJ 08332

DAVID WELLINGTON
70 LAKEWOOD AVENUE
KEANSBURG, NJ 07734

AMADA ELENA-DUARTE
635 SECOND STREET
TRENTON, NJ 08611

CHRISTINE HUTCHINSON
107 UPPER KINGTOWN RD.
PITTSTOWN, NJ 08867

TITAN SOLAR POWER NJ, INC.


LINWOOD JONES
737 RIDGEWOOD DRIVE
VINELAND, NJ  08361


MICHAEL URGO
1039 ROGERS AVENUE
VINELAND, NJ  08361


JEFFERY JOYNES
2 NOTTINGHAM WAY
EASTAMPTON TOWNSHIP, NJ  08060


SANDRA GRIFFITH
9 BRIAR CREEK RD
SICKLERVILLE, NJ  08081


KRISTEN AND DANIEL HNOSKO
108 CHAMPAGNE DRIVE
LOGAN TOWNSHIP, NJ  08085


SARAH TOME
202 INDIANA AVENUE
BLACKWOOD, NJ  08012


THOMAS RITTER
525 GREENWICH AVENUE
PAULSBORO, NJ  08066


SHERRIE TOLVE
76 ELM PLACE
NUTLEY, NJ  07110


MARK YOUNG
27 ORLY WAY
BURLINGTON, NJ  08016


SARAH LAFOND
186 GIRARD AVE
FRANKLIN TOWNSHIP, NJ  08873


JASON HEINS
510 LOGAN DRIVE
LANDING, NEW JERSEY  07850


LUIS BAEZ
521 AMHURST ROAD
AUDUBON, NJ  08106

TITAN SOLAR POWER NJ, INC.

KEVIN TUMULTY
8371 HARROWGATE DRIVE
PENNSAUKEN TOWNSHIP, NJ  08109

OSILAMAH EDEH
13 STRATHMERE DRIVE
HAMILTON, NJ  08330

MARCIN ZAWILA
314 FRANKLIN PLACE
SOUTH ORANGE, NJ  07079

PETER FOY
20 JOCYNDA ROAD
MOUNT OLIVE, NJ  07836

MALCOLM STILL
8 HOLL AVE
LAWNSIDE, NEW JERSEY  08045

OLIVER IGNACIO
45 CHESTNUT STREET
MIDLAND PARK, NJ  07432

ALEXANDER MCMASTER
129 MAGNOLIA AVENUE
PITMAN, NJ  08071

MD J ALAM
112 6TH STREET
BROOKLAWN, NJ  08030

MOHAMMED UDDIN
1558 MIFFLIN STREET
WEST DEPTFORD, NJ  08086

MICHAEL WADE
675 FRANCES AVENUE
WOODBURY, NJ  08096

GARY SOUZA
117 ELTON AVE
HAMILTON TOWNSHIP, NJ  08620

SEBASTIAN VELASQUEZ
338 GREGORY AVENUE
WEST ORANGE, NJ  07052

TITAN SOLAR POWER NJ, INC.

DONNA RICHARDS
442 PARKVIEW DRIVE
EASTAMPTON TOWNSHIP, NJ  08060

MARK LAMPER
903 CHELTEN PARKWAY
CHERRY HILL, NJ  08034

MATTHEW BUMBER
60 EAST AVENUE
HACKETTSTOWN, NJ  07840

NICKESHA WILLIAMS
288 HILLCREST AVE
FRANKLIN TOWNSHIP, NJ  08873

MARIE HARVEY
386 PARK BOULEVARD
MOORESTOWN, NJ  08057

TYRONE FAIN
2507 COLUMBIA AVE A
EWING TOWNSHIP, NEW JERSEY  08638

WILLIAM DUARTE
1138 FRANKLIN ST
TRENTON, NJ  08610

DAVID TERRELL
118 TENSAW DRIVE
BROWNS MILLS, NEW JERSEY  08015

XAVEIR SHAKESPHERE
28 GINGER LANE
WILLINGBORO, NJ  08046

HIPOLITO CARRERAS
39 AVENUE D
LODI, NJ  07644

KENNETH DRAKE
2 TIMBERBROOKE DRIVE
HOPEWELL, NJ  08525

ANTONIO RIOS
665 BRENTWOOD DR
VINELAND, NJ  08361

TITAN SOLAR POWER NJ, INC.

HARSHIL PATEL
716 SKYLINE DRIVE
JEFFERSON, NJ  07849

SEGUNDO URGILES
173 SMALLWOOD AVENUE
BELLEVILLE, NJ  07109

NASER MAZAHRA
3234 HOWARD AVENUE
PENNSAUKEN TOWNSHIP, NJ  08109

MUHAMMAD MUGHAL
611 WEST EVESHAM ROAD
MAGNOLIA, NEW JERSEY  08049

PAUL GARAY
1 TOPEKA LANE
BROWNS MILLS, NEW JERSEY  08015

JOSE MARTINEZ
433 SOUTH FORKLANDING ROAD
MAPLE SHADE, NJ  08052

JOVANNA MONDRAGON
508 ESTATE ROAD
MAPLE SHADE, NJ  08052

NICHOLAS SCHROR
936 HAMPTON ROAD
NEWTON, NJ  07860

KARLENE FORREST
6 EDGEVIEW LANE
SICKLERVILLE, NEW JERSEY  08081

WILLIAM JONES
916 WALNUT ST
PISCATAWAY, NJ  08854

ISRAEL MENDOZA
507 NORTHWEST AVENUE
VINELAND, NJ  08360

CARMEN CORTES
503 SOUTH WEST AVENUE
VINELAND, NJ  08360

TITAN SOLAR POWER NJ, INC.

BENITA REYES
335 WILLIAM STREET
TRENTON, NJ  08610

SHIRLEY FRANCESCHI-LOPEZ
145 MARSHALL AVE
HAMILTON TOWNSHIP, NEW JERSEY  08610

MICHELLE CRAWFORD
1833 MARSHALL STREET
VINELAND, NJ  08361

RYAN MAFFEI
213 CUSHMAN AVENUE
WILLIAMSTOWN, NEW JERSEY  08094

RENATA BICALHO
391 WINDSOR ROAD
BERGENFIELD, NJ  07621

IRIS SANTOS
35 W HARMONY ST
PENNS GROVE, NJ  08069

DESPINA KONSTAS
9 GARY
ROAD SUMMIT, NJ  07901

KEVIN MCKEVER
3475 HOWARD AVENUE
PENNSAUKEN TOWNSHIP, NJ  08109

JUAN PEREZ
1158 FAIRMOUNT AVE
VINELAND, NJ  08360

MARIA SETTI
22 BEAR MOUNTAIN ROAD
RINGWOOD, NJ  07456

CARMEN JIMENEZ
1251 ASHWOOD COURT
VINELAND, NJ  08360

ASHLEY SANCHEZ
9 CRESTWOOD CT
HACKETTSTOWN, NJ  07840

TITAN SOLAR POWER NJ, INC.

OTONIEL GONZALEZ-VALENZUELA
181 INLAND AVENUE
EWING TOWNSHIP, NJ  08638

CELINA ESCALANTE
714 CHAMBERS STREET
TRENTON, NJ  08611

MARK TENTARELLI
3 NAVAJO ROAD
HI NELLA, NEW JERSEY  08083

DAVID SCHOENLEBER
5706 SEAVIEW AVENUE
WILDWOOD CREST, NJ  08260

SHAVAUN ARCHIE
110 JEFFERSON AVENUE
MAGNOLIA, NJ  08049

MICHELLE STARR
182 WALNUT AVENUE
WEST BERLIN, NEW JERSEY  08091

PAUL BERARDELLI
463 LANGLEY ROAD
PITTSGROVE, NJ  08318

DAVID HAYMAN
165 MORRIS AVENUE
WEST DEPTFORD, NJ  08086

ERIC WILKINS
36 LANSDOWNE ROAD
BURLINGTON, NJ  08016

STEPHANIE MARMOL
490 SYLVAN STREET
SADDLE BROOK, NEW JERSEY  07663

NICOLE CHANEY
425 7TH AVENUE
LINDENWOLD, NJ  08021

JAMIE GONZALEZ
5731 CEDAR AVENUE
PENNSAUKEN TOWNSHIP, NJ  08109

TITAN SOLAR POWER NJ, INC.

SUSAN GERSON
926 ABINGTON ROAD
CHERRY HILL, NJ  08034

DONNA MULLEN
68 HOPE CORSON ROAD
UPPER TOWNSHIP, NJ  08230

JOSE MIGUEL RODRIGUEZ
416 W WOOD ST
VINELAND, NEW JERSEY  08360

DAVID CRUZ
508 SYLVESTER DRIVE
VINELAND, NJ  08360

LYANN MORALES
23 SCHUYLER COURT
KEARNY, NJ  07032

DAVID WELLINGTON
35 MYRTLE AVENUE
KEANSBURG, NJ  07734

RAMON HORN
118 BROOKSIDE WAY
HARRISON TOWNSHIP, NJ  08062

DEBORA PALEN
220 MAURICE STREET
MILLVILLE, NJ  08332

DIANE GRIFFITH
703 SASSAFRAS COURT
EVESHAM, NJ  08053

LORETTA ARCHER
19 TERRACE COURT
WILLINGBORO, NJ  08046

JERRICA GWIN
44 HANCOCK ST
LOGAN TOWNSHIP, NJ  08085

SONIA I. FIGUEROA
1578 BROAD ST
BLOOMFIELD, NJ  07003

TITAN SOLAR POWER NJ, INC.

JOHN VALENTI
341 INNES ROAD
WOOD-RIDGE, NJ  07075

TRACY PFROMM
105 SUNSET AVE
PRINCETON, NJ  08540

FAUSTO LOPEZ
5 ELLEN RD
JEFFERSON, NJ  07849

IRINA VALLE
1408 EDDY AVE
LINDEN, NJ  07036

YUANYANG LIU
1705 COUNTRY CLUB DRIVE
CHERRY HILL, NJ  08003

CHRIS LANCI
1760 GARWOOD DRIVE
CHERRY HILL, NJ  08003

JACQUELINE CAPUTO
401 CORNWALL ROAD
CHERRY HILL, NJ  08034

STEVEN ROSE
139 SUNNYSIDE LANE
BELLMAWR, NJ  08031

JOANN BARRIOS
1413 WEST DEKALB STREET
EGG HARBOR CITY, NJ  08215

MICHELLE NORMAN
51 ARBOR MEADOW DRIVE
SICKLERVILLE, NJ  08081

WILLIAM REINHARDT
37 PARK AVE
CALDWELL, NJ  07006

JOSEPH FERRARA
40 MIDWAY LANE
BELLMAWR, NJ  08031

TITAN SOLAR POWER NJ, INC.

LISA BATIPPS
28 HAZELHURST DRIVE
VOORHEES TOWNSHIP, NJ  08043

KEVIN BOCANEGRA-KWAG
53 HUNTERS LANE
SPARTA TOWNSHIP, NJ  07871

ASLAM BEGIMOV
115 STONE HENGE DRIVE
LOGAN TOWNSHIP, NJ  08085

JOHN FISHER
59 LINDEN DRIVE
GLOUCESTER TOWNSHIP, NJ  08012

JOSE ROSAS
1295 WEST CHESTNUT AVENUE
VINELAND, NJ  08360

IVAN MALDONDO
1001 ROGERS AVENUE
VINELAND, NJ  08361

KIM PRYCE
49 ENFIELD LANE
WILLINGBORO, NJ  08046

LUIS OSORIO
570 OAKRIDGE AVE
NORTH PLAINFIELD, NJ  07063

INDRA CIPTO
1003 ABINGTON ROAD
CHERRY HILL, NJ  08034

THOMAS AMORIELLO
523 BANCROFT ROAD
CHERRY HILL, NJ  08034

RYAN FLYNN
15 DELWOOD LANE
BERLIN, NJ  08009

BRYAN AND NICOLE WALKER
426 LAKE STREET MOUNT
EPHRAIM, NJ  08059

TITAN SOLAR POWER NJ, INC.

GEORGE SARPONG
212 WYKAGYL ROAD
STRATFORD, NJ  08084

PAULETTE STEPHENSON
416 DELAWARE AVENUE
RIVERSIDE, NJ  08075

AARON HENRY
69 EDGEMONT LANE
WILLINGBORO, NJ  08046

MOHAMED MANSARY
441 HIALEAH DRIVE
CHERRY HILL, NJ  08002

JENNIFER HUMBLE
14 BURGESS ROAD
MONROEVILLE, NEW JERSEY  08343

DEBORAH PHILLIPS
603 LAKEVIEW DRIVE
HILLSIDE, NJ  07205

SIMEON FOTI
16 WEST HARVARD AVENUE
STRATFORD, NJ  08084

GERALD MCDERMOTT
1049 LYNWOOD LANE
SOMERDALE, NJ  08083

DAMON HORN
314 BERKSHIRE AVENUE
CHERRY HILL, NJ  08002

NOE VILLA
20 NORTH STATE STREET
VINELAND, NJ  08360

JARED ANGSTER
756 CENTRAL AVENUE
WESTVILLE, NJ  08093

THON NOU
2004 HORNER AVENUE
PENNSAUKEN TOWNSHIP, NJ  08110

TITAN SOLAR POWER NJ, INC.

CLINTON BANKS
287 EVERGREEN DRIVE
WILLINGBORO, NJ  08046

RONALD ROBBINS
101 RUGBY STREET
BROWNS MILLS, NEW JERSEY  08015

MARIA SACHAROK
58 KENTON AVENUE
PITMAN, NJ  08071

ROSALIND RICHARD
608 SOUTH ATLANTIC AVENUE
ABERDEEN TOWNSHIP, NJ  07747

MIRTA CESPEDES
426 CURRY AVE
ENGLEWOOD, NJ  07631

KATHLEEN AURIEMMA
340 ROOSEVELT AVENUE
HASBROUCK HEIGHTS, NJ  07604

CAGDAS AKBIYIKOGLU
116 STONE HENGE DRIVE
LOGAN TOWNSHIP, NJ  08085

EVELYN JUMELLES
103 ORIOLE DR
LOGAN TOWNSHIP, NJ  08085

JANNEEN LAWSON
16 HAMAL COURT
WASHINGTON TOWNSHIP, NJ  08012

JOSEPHINE CARDONA
319 ROSEWOOD AVENUE
VINELAND, NJ  08360

CHRISTIAN FRANCO
1944 ROOSEVELT BOULEVARD
VINELAND, NJ  08361

ENID MERCADO
1275 WEST WALNUT ROAD
VINELAND, NJ  08360

TITAN SOLAR POWER NJ, INC.

PHYLLIS G. SAULER
353 AVIS MILL RD
PILESGROVE, NJ  08098

STEVEN MITTELL
4 WEST CEDAR AVENUE
OAKLYN, NJ  08107

GLENN CAPAZZI
1279 ROGERS AVENUE
VINELAND, NJ  08361

ROBERT POLONIA
97 STRUYK AVE
PROSPECT PARK, NJ  07508

CHRISTINA STEWART
114 NORTH WILSON AVENUE
BROOKLAWN, NJ  08030

CHRIS GOMEZ
6 SOUTH 1ST AVENUE
MINE HILL TOWNSHIP, NJ  07803

JONATHAN MCKELVEY
20 PAGE TERRACE
PENNSVILLE TOWNSHIP, NJ  08070

NICHOLE DESESSO
3904 DEACON AVENUE
PENNSAUKEN TOWNSHIP, NJ  08110

NELIA DELEON
207 MOUNT VERNON STREET
VINELAND, NJ  08360

JAMES ROACH
3 NADINA CT
BLACKWOOD, NJ  08012

DEZHEAN BROWN
39 NORTH VALLEY AVENUE
VINELAND, NJ  08360

SHARON CORNELL
984 YELLOWBANK ROAD
TOMS RIVER, NJ  08753

TITAN SOLAR POWER NJ, INC.

CLARENCE LEWIS
25 MILLSTONE LANE
WILLINGBORO, NJ  08046

DAVID ADAMALEY
305 MINCK AVENUE
BERLIN TOWNSHIP, NJ  08091

ELIAS GARCIA
29 S VALLEY AVE
VINELAND, NJ  08360

SUZANNE EVERITT
112 PHILMAR AVENUE
CHERRY HILL, NJ  08003

KINNARI SHAH
28 WEST HIGH RIDGE ROAD
CHERRY HILL, NJ  08003

NICHOLAS LOTIERZO
179 CHESTNUT NECK RD
PORT REPUBLIC, NJ  08241

CRAIG ADAMS
40 WESTERN DR
HOWELL TOWNSHIP, NJ  07731

SKALAMERA SKALAMERA
342 MEADOWCROFT ROAD
WOODBURY, NJ  08096

PATRICIA MAEDA
2 LYNWOOD PLACE
MADISON, NJ  07940

ANDREW WELFEL
407 NORTH OTTER BRANCH DRIVE
GLOUCESTER TOWNSHIP, NJ  08029

JOSH BUENO
337 DREXEL AVENUE
GLOUCESTER TOWNSHIP, NJ  08012

VINCENZO COPPOLA
108 NORTH WILSON AVENUE
BROOKLAWN, NJ  08030

TITAN SOLAR POWER NJ, INC.

JOSEPH GERACE
1 KNOLL CT
WASHINGTON TOWNSHIP, NJ  08080

THOMAS F CALLAHAN
16 EASLICK AVE
LUMBERTON, NJ  08048

LUIGI DEGENARRO
32 WITCHES HOLLOW ROAD
MILLSTONE, NJ  08535

CHERRIE MILTON
725 MOHAWK STREET
WASHINGTON TOWNSHIP, NJ  08012

JOSE ABREU
303 ALPINE ST
PERTH AMBOY, NJ  08861

RAMON ANDUJAR
541 ALMOND STREET
VINELAND, NJ  08360

CARLOS ROSARIO
18 BROWNING AVENUE SOUTH
SOMERDALE, NJ  08083

NARDEEP KUMAR
25 RICHARD RD
EDISON, NJ  08820

ANA RODRIGUEZ
225 GRAVEL BEND ROAD
CHERRY HILL, NJ  08034

SUFYAN SHOUKAT
168 MIDDLESEX AVE
PISCATAWAY, NJ  08854

NADGI LUIGGI
279 JUSTICE DRIVE
CARNEYS POINT TOWNSHIP, NJ  08069

SEAN LOVELLE
34 FOGARTY DRIVE
HAMILTON TOWNSHIP, NJ  08619

TITAN SOLAR POWER NJ, INC.

ALISON WERTZ
415 BERNSHOUSE AVENUE
HAMMONTON, NJ 08037

DEBBI LOW
374 LOUIS AVENUE
BERKELEY TOWNSHIP, NJ 08721

DAVID XIQUI
405 BUTTONWOOD AVENUE
MAPLE SHADE, NJ 08052

DIOMEDES GOMERA
314 GREGORY AVE
PASSAIC, NJ 07055

ALBERT RICHARDS
29 LEFFLER HILL ROAD
FLEMINGTON, NJ 08822

DANIEL SPELLMAN
200 LAKE AVENUE
NATIONAL PARK, NJ 08063

DAVID CRUZ
219 TILFORD ROAD
SOMERDALE, NJ 08083

CRAIG NEWTON
475 JESSUPS MILL ROAD
MANTUA TOWNSHIP, NJ 08051

SARETH PHOEUNG
405 HOWARD ROAD
CHERRY HILL, NJ 08034

THOMAS PERRY
126 RIDGE ROAD
CHERRY HILL, NJ 08002

PETER SENATORE
309 GOSLING WAY
GLASSBORO, NJ 08028

MARK MEAKIM
2278 BURROUGHS AVE
NORTHFIELD, NJ 08225

TITAN SOLAR POWER NJ, INC.

PATRICE HUDSON
6153 IRVING AVENUE
PENNSAUKEN TOWNSHIP, NJ  08109

ANTONIO CASTALDO
20 WATERFORD DRIVE
BORDENTOWN, NJ  08505

STEPHEN DEKU
601 BLUEBERRY DRIVE
ATCO, NEW JERSEY  08004

RENEE ALEEM
1 HYACINTH LANE
WINSLOW TOWNSHIP, NJ  08081

TONYA HENRY
75 WATSON AVENUE
EAST ORANGE, NJ  07018

RICARDO CORTES
20 BELAIR AVENUE
MAPLE SHADE, NJ  08052

OTELIA FLETCHER
120 MARTIN LUTHER KING JUNIOR WA
BRIDGETON, NJ  08302

EMANUELE DEGENNARO
41 VINEYARD COURT
MONROE TOWNSHIP, NJ  08831

JOSE DIAZ
111 CAROLINA AVENUE
CHERRY HILL, NJ  08003

TAMMY TIPTON
1119 FERNWOOD AVENUE
MAPLE SHADE, NJ  08052

SHANI SMITH
29 LUMAR ROAD
LAWRENCE TOWNSHIP, NJ  08648

RICHARD SANTANGELO
56 SHERBROOK BLVD
SOMERDALE, NJ  08083

TITAN SOLAR POWER NJ, INC.

PRADIP PATEL
4 LAURIE DRIVE
VOORHEES TOWNSHIP, NJ 08043

DAVID LOCKER
415 EAST PENNINGTON DRIVE
WESTAMPTON, NJ 08060

CURT SCHAD
220 WHITE HORSE PIKE
COLLINGSWOOD, NJ 08107

MACY HARRIS
1164 SHARP ROAD
VINELAND, NJ 08360

MACY HARRIS
1164 SHARP ROAD
VINELAND, NJ 08360

KEITH DODELIN
541 HIRSCH AVENUE
RUNNEMEDE, NJ 08078

PEDRO RODRIGUEZ
141 BROADWAY
RUNNEMEDE, NJ 08078

DORIS BASH
18 STANTON AVENUE
FIELDSBORO, NJ 08505

WILLIAM AUGE
144 TRINITY AVENUE
GLOUCESTER TOWNSHIP, NJ 08012

KENNETH JAMES
213 SAUNDERS AVENUE
BELLMAWR, NJ 08031

MARCIA INVERSO
517 BEACON AVENUE
PAULSBORO, NJ 08066

KAREN HOWE
215 NORTH CUMMINGS AVENUE
GLASSBORO, NJ 08028

TITAN SOLAR POWER NJ, INC.

JOSEPH KEANE
40 HARTMAN DRIVE
HAMILTON TOWNSHIP, NJ  08690

LEE DECH
73 CHURCH ST
BLOOMSBURY, NJ  08804

CONCEPCION SANTOS
44 CHESTNUT STREET
EDISON, NJ  08817

OMESH SEHGAL
85 WALL STREET
METUCHEN, NJ  08840

ALYSSA GALANTE
402 KRESSON ROAD
CHERRY HILL, NJ  08034

PAUL HOYLE
6537 ROGERS AVENUE
PENNSAUKEN TOWNSHIP, NJ  08109

WEI-CHUNG TSAO
2 WADE DRIVE
CHERRY HILL, NJ  08034

AUDRA MAHONEY
15 JENKINS AVENUE
PENNSVILLE TOWNSHIP, NJ  08070

MARGARITA VILLAR
6016 MONROE PLACE 3
WEST NEW YORK, NJ  07093

NICHOLAS FIEROS
123 WEST PITMAN STREET
PENNS GROVE, NJ  08069

DOMINIQ MARCOZZI
851 MARKET AVENUE
DEPTFORD, NJ  08096

MARGARET SZUMOWSKI
118 WEST HOWARD STREET
CLAYTON, NJ  08312

TITAN SOLAR POWER NJ, INC.

ORLANDO MARRERO
1380 DANE AVENUE
DEPTFORD, NJ  08096

KIMBERLEY FOLEY
59 CORNELL DRIVE
VOORHEES TOWNSHIP, NJ  08043

GLORIA WALLER
33 CYPRESS LANE
WILLINGBORO, NJ  08046

CHRISTOPHER BROWNE
244 MAPLE STREET
CLAYTON, NJ  08312

LINDA TRAN
30 FILBERT LANE
UNION, NJ  07083

MICHAELYN GUARINI
139 HAGAN RD
DENNIS, NJ  08210

DIANA MARTORANO
1094 LOWER LANDING ROAD
GLOUCESTER TOWNSHIP, NJ  08012

RAYMOND DOUGHTY
166 JEFFERSON ROAD
PENNSVILLE TOWNSHIP, NJ  08070

DAVID SIMONSON
78 REEVES AVENUE
HAMILTON TOWNSHIP, NJ  08610

REBECCA PERRIL
212 MCCABE AVENUE UNIT
W BRADLEY BEACH, NJ  07720

MICHAEL GENZEL
232 CENTRE STREET
HADDONFIELD, NJ  08033

ANTONEY LATCHMAN
362 DEMOTT AVE
TEANECK, NEW JERSEY  07666

TITAN SOLAR POWER NJ, INC.

JOHN RAFFAELE
200 KEYSTONE AVENUE
GLOUCESTER TOWNSHIP, NJ  08012

TRACY GAYDEN
236 FRANKLIN BLVD
FRANKLIN TOWNSHIP, NEW JERSEY  08873

GREGORY MORRIS
82 WINSTON DRIVE
FRANKLIN TOWNSHIP, NJ  08873

EMILY SINCLAIR
920 MIDDLESEX STREET
GLOUCESTER CITY, NJ  08030

FRANK WOMACK
52 EDEN ROCK LANE
WILLINGBORO, NJ  08046

MARUBA HARRIS
632 FOSTER AVENUE
VINELAND, NJ  08360

SYLVIA YOUNG
200 WEST ELM AVENUE
LINDENWOLD, NJ  08021

ROSEANN GOMEZ
200 MERCER AVENUE
BELLMAWR, NJ  08031

ANTHONY SUPPA
121 REVERE DRIVE
DEPTFORD, NJ  08096

ROBERT TICE
45 EAST 7TH STREET
BURLINGTON, NJ  08016

NORMAN MONTALVO
146 THERESE AVE
KEYPORT, NJ  07735

SEAN O'BRIEN
113 6TH STREET
BROOKLAWN, NJ  08030

TITAN SOLAR POWER NJ, INC.

CARMELO MONTANEZ
5307 DREXEL AVENUE
PENNSAUKEN TOWNSHIP, NJ  08109

DOUG AND LISA HAWKINS
143 VICTOR AVENUE
CLEMENTON, NJ  08021

HOPE ANDERSON
308 WEST POINT AVENUE
FRANKLIN TOWNSHIP, NJ  08873

ALFRED GRAVES
291 TILTON RD
PLEASANTVILLE, NJ  08232

ED TROUPE
152 KANSAS ROAD
PENNSVILLE TOWNSHIP, NJ  08070

BRENDAN WHITE
108 STEVENSON AVENUE
BEVERLY, NJ  08010

SAMIR PATEL
5 DUNDEE AVE
WOODBRIDGE TOWNSHIP, NJ  08830

ALIX LAZARRE
1044 BYRON AVENUE
ELIZABETH, NJ  07208

WILLIAM BROCKNER
808 BROWNING AVENUE
SOUTH SOMERDALE, NJ  08083

BOB EHRMANN
140 LIGHTHOUSE DRIVE
OCEAN TOWNSHIP, NJ  08758

DEBORAH CHUDZINKSI
61 SUNSET BOULEVARD
HAMILTON TOWNSHIP, NJ  08690

DAVE STEVE
851 BOYD AVE
UNION, NJ  07083

TITAN SOLAR POWER NJ, INC.

ROGER SINGH
460 EAST GRAND AVENUE
RAHWAY, NJ  07065

JACOB SOTO
261-263 ALDINE STREET
NEWARK, NEW JERSEY  07112

RAYMOND J SOTO
261-263 ALDINE STREET
NEWARK, NEW JERSEY  07112

RACHEL INGRASSIA
32 CORNWALL AVE
MILLVILLE, NJ  08332

JACOB HAMMOND
420 BROAD STREET
ELMER, NJ  08318

STEVON DOUGLAS
10 HEMINGWAY LN
MANSFIELD, NJ  08022

JARRETT STAPLETON
22 TWIN TERRACE
HOLMDEL, NJ  07733

ADRIAN DORIA
7 LAUREL HILL CT
BERLIN, NJ  08009

CHANELL BRUNO
129 SHERWOOD LN
TOMS RIVER, NJ  08753

THOMAS HEIRY
1268 HANCOCK RD
TOMS RIVER, NJ  08753

LUIS RINCON
844 GIBBONS COURT
ELIZABETH, NJ  07202

TROY BERNARD
510 HOME AVENUE
TRENTON, NJ  08611

TITAN SOLAR POWER NJ, INC.

CED GREENTECH
PO BOX 207115
DALLAS TX 75230-7115

DESERT GREEN SOLAR
12300 WASHINGTON BLVD. SUITE C.
WHITTIER CA 90606

MARSHALL DENNEHEY PC
ATTN CASH RECEIPTS
2000 MARKET ST FL 22
PHILADELPHIA PA 19103-7006

PM&M ELECTRIC INC
2222 E YEAGER DR, STE 100
CHANDLER AZ 85286

R&H INDUSTRIES
9237 E VIA DE VENTURA AVE
SCOTTSDALE AZ 85258

SKYLINE SOLAR LLC
4 CROSSROADS DRIVE SUITE 116
HAMILTON TOWNSHIP NJ 8691

SOLAR IS EASY LLC
399 CONGRESS ST. 1902
BOSTON MA 02210DEANNE KATSAROS
1 CORNELL ROAD
GLASSBORO, NJ  08028

ZACHARY SEAGER
338 POLK AVENUE
CARNEYS POINT TOWNSHIP, NJ  08069