**Fill in this information to identify the case and this filing:**

Debtor Name ___TITAN SOLAR POWER NJ, INC.___

United States Bankruptcy Court for the: _____ District of ___AZ___
(State)

Case number (*If known*): ___2:24-bk-05239 - EPB___

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑ Amended *Schedule* _____

❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ *Other document that requires a declaration*_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___07/10/2024___
MM / DD / YYYY

✗ ___/s/ Kyle Beddome___
Signature of individual signing on behalf of debtor

___Kyle Beddome___
Printed name

___CFO___
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name ___Titan Solar Power NJ, Inc.___

United States Bankruptcy Court for the: _____ District of __AZ__
(State)

Case number (If known): ___2:23-BK-05239-EPB___

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 0

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. JP Morgan Chase | Checking | 9 5 9 0 | $ 1,870.96 |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1. _____ | $ _____ |
| 4.2. _____ | $ _____ |

5. **Total of Part 1** — $ 1,870.96

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | |
|---|---|
| 7.1. _____ | $ _____ |
| 7.2. _____ | $ _____ |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. Fed Tax Deposit _____ $ 16,553.00 _____

   8.2. _____ $ _____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                    $ 16,553.00 _____

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.

   ☒ Yes. Fill in the information below.

   Current value of debtor's interest

11. **Accounts receivable**

   11a. 90 days old or less: $93,592.39 _____ – 0 _____ = ........➔  $ 93,592.39 _____
   
   face amount                doubtful or uncollectible accounts

   11b. Over 90 days old: $48,743.45 _____ – $38,907.71 _____ = ........➔  $ 9,835.74 _____
   
   face amount                doubtful or uncollectible accounts

12. **Total of Part 3**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 103,428.13 _____

## Part 4: Investments

13. **Does the debtor own any investments?**

   ☒ No. Go to Part 5.

   ☐ Yes. Fill in the information below.

   | | Valuation method used for current value | Current value of debtor's interest |
   |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

   14.1. _____  _____  $ _____

   14.2. _____  _____  $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                        % of ownership:

   15.1. _____  _____ %  _____  $ _____

   15.2. _____  _____ %  _____  $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

   16.1. _____  _____  $ _____

   16.2. _____  _____  $ _____

17. **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.                  $ 0 _____

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | 05/31/2024 MM / DD / YYYY | $ 70,819.25 | FIFO | $ 70,819.25 |
| 20. **Work in progress** | 04/30/2024 MM / DD / YYYY | $ 98,654.37 | | $ 98,654.37 |
| 21. **Finished goods, including goods held for resale** | MM / DD / YYYY | $ | | $ |
| 22. **Other inventory or supplies** | MM / DD / YYYY | $ | | $ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 169,473.62

24. **Is any of the property listed in Part 5 perishable?**

☒ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☒ No
☐ Yes. Book value _____ Valuation method FIFO Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.                    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

---

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☒ No. Go to Part 8.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | $_____ | 25% of Gross | $_____ |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | | $_____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.                    $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☒ No

    ☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☒ No. Go to Part 9.

    ☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

    47.1 _____  $_____  _____  $_____
    47.2 _____  $_____  _____  $_____
    47.3 _____  $_____  _____  $_____
    47.4 _____  $_____  _____  $_____

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    48.1 _____  $_____  _____  $_____
    48.2 _____  $_____  _____  $_____

49. **Aircraft and accessories**

    49.1 _____  $_____  _____  $_____
    49.2 _____  $_____  _____  $_____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    _____  $_____  _____  $_____

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.                    $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☐ No
    ☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☒ No
    ☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☒ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.2 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.3 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.4 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.5 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.6 _____ | _____ | $ _____ | _____ | $ _____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ _____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** _____ | $ _____ | _____ | $ _____ |
| 61. **Internet domain names and websites** _____ | $ _____ | _____ | $ _____ |
| 62. **Licenses, franchises, and royalties** _____ | $ _____ | _____ | $ _____ |
| 63. **Customer lists, mailing lists, or other compilations** _____ | $ _____ | _____ | $ _____ |
| 64. **Other intangibles, or intellectual property** _____ | $ _____ | _____ | $ _____ |
| 65. **Goodwill** _____ | $ _____ | _____ | $ _____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ _____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

|  |  | **Current value of debtor's interest** |
| --- | --- | --- |

71. **Notes receivable**

Description (include name of obligor)

*See Attached*     $127,195.62  –  $127,195.62  = ➔  $ 0

Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

Fed Refund                                           Tax year 2022    $ 31,960.00

State Refund                                         Tax year 2022    $ 6,412.00

                                                     Tax year _____  $ _____

73. **Interests in insurance policies or annuities**

_____                              $ 0

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                              $ _____

Nature of claim         _____

Amount requested        $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                              $ _____

Nature of claim         _____

Amount requested        $_____

76. **Trusts, equitable or future interests in property**

_____                              $ 0

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                              $ 0

_____                              $ _____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                   $ 38,372.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 1,870.96 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 16,553.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 103,428.13 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 169,473.62 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................➔ | | $ 0 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 38,372.00 | |
| 91. **Total.** Add lines 80 through 90 for each column............................ 91a. | $ 329,697.71 | + 91b. $ 0 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................... $ 329,697.71

**Part 11 - All Other Assets**

**71 Notes Receivable**

| Description | Total Face Amount | Doubtful or Uncollected Amour | Current Value |
|---|---|---|---|
| 21133 - LOC Payables : LOC - TSP NJ from PM&M | $ 33,000.00 | $ 33,000.00 | $ - |
| Due to From Titan Solar Power FL/Titan Solar Power I | $ 150.00 | $ 150.00 | $ - |
| Due to From Titan Solar Power SC/Titan Solar Power | $ 2,513.00 | $ 2,513.00 | $ - |
| Due To From PM&M/Titan Solar Power NJ | $ 74,621.38 | $ 74,621.38 | $ - |
| Due to From Titan Solar Power CA/Titan Solar Power | $ 1,760.82 | $ 1,760.82 | $ - |
| Due to From Titan Solar Power NV/Titan Solar Power | $ 2,312.00 | $ 2,312.00 | $ - |
| Due To From Titan Solar Power NC/Titan Solar Powei | $ 849.62 | $ 849.62 | $ - |
| Due to From Titan Solar Power TX/Titan Solar Power | $ 350.00 | $ 350.00 | $ - |
| Due to From Titan Solar Power NJ/Titan Solar Power | $ 2,300.00 | $ 2,300.00 | $ - |
| Due to From Titan Solar Power NJ/Titan Solar Power | $ 2,350.00 | $ 2,350.00 | $ - |
| Due to From Titan Solar Power NJ/Titan Solar Power I | $ 6,988.80 | $ 6,988.80 | $ - |
| **Test** | **$ 127,195.62** | **$ 127,195.62** | **$ -** |

**Fill in this information to identify the case:**

Debtor name ___Titan Solar Power NJ, Inc.___

United States Bankruptcy Court for the: _____ District of __AZ__
(State)

Case number (If known): ___2:23-BK-05239-EPB___

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

**Column A** — Amount of claim — Do not deduct the value of collateral.

**Column B** — Value of collateral that supports this claim

**2.1** Creditor's name
_____

Creditor's mailing address
_____
_____
_____

Creditor's email address, if known
_____

Date debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

Describe debtor's property that is subject to a lien
_____
_____

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $_____    Column B: $_____

**2.2** Creditor's name
_____

Creditor's mailing address
_____
_____

Creditor's email address, if known
_____

Date debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
_____
_____

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $_____    Column B: $_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $_____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.__**  **Creditor's name**

_____

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　_____
　　_____
　　_____
　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____  $_____  $_____
_____
_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.__**  **Creditor's name**

_____

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　_____
　　_____
　　_____
　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____  $_____  $_____
_____
_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | Titan Solar Power NJ, Inc. | Case number (*if known*) | 2:23-BK-05239-EPB |
|---|---|---|---|
| | Name | | |

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. ☐ | __ __ __ __ |
| | Line 2. ☐ | __ __ __ __ |
| | Line 2. ☐ | __ __ __ __ |
| | Line 2. ☐ | __ __ __ __ |
| | Line 2. ☐ | __ __ __ __ |
| | Line 2. ☐ | __ __ __ __ |
| | Line 2. ☐ | __ __ __ __ |
| | Line 2. ☐ | __ __ __ __ |
| | Line 2. ☐ | __ __ __ __ |
| | Line 2. ☐ | __ __ __ __ |
| | Line 2. ☐ | __ __ __ __ |
| | Line 2. ☐ | __ __ __ __ |
| | Line 2. ☐ | __ __ __ __ |
| | Line 2. ☐ | __ __ __ __ |

Form 206D                Official Part 2 of Schedule D: Creditors Who Have Claims Secured by Property                page ___ of ___

**Fill in this information to identify the case:**

Debtor: _____ Titan Solar Power NJ, Inc. _____

United States Bankruptcy Court for the: _____ District of __AZ__
                                                    (State)

Case number: _____ 2:23-BK-05239-EPB _____
(If known)

☐ Check if this is an
   amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☒ No. Go to Part 2.
☐ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____
_____
_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**  $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2** Priority creditor's name and mailing address

_____
_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**  $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.3** Priority creditor's name and mailing address

_____
_____
_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**  $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 1.    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.__** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____    $ _____

_____

_____

_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____    $ _____

_____

_____

_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____    $ _____

_____

_____

_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____    $ _____

_____

_____

_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
*See Attachment*

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ 136,380.78 _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

### Part 2:   Additional Page

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

**3.___**   **Nonpriority creditor's name and mailing address**

_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.___**   **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.___**   **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.___**   **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.___**   **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

| Debtor | Titan Solar Power NJ, Inc. | Case number *(if known)* | 2:23-BK-05239-EPB |
|---|---|---|---|
| | Name | | |

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | *See Attachment* | Line ____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | | Line ____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | | Line ____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | | Line ____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | | Line ____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | | Line ____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | | Line ____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | | Line ____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | | Line ____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | | Line ____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | | Line ____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | | Line ____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page ___ of ___

## Part 3: Additional Page for Others to Be Notified About Unsecured Claims

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page __ of __

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0 |
| 5b. **Total claims from Part 2** | 5b. + | $ $136,380.78 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ $136,380.78 |

| Line | Subsidiary | Vendor Name | Vendor Address | Oldest Dated Invoice | Account Number | Contingent / Unliquidated / Disputed | Basis for Claim | Subject to Offset | Sum of Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Titan Solar Power NJ Inc | CED GREENTECH | PO Box 207115, Dallas, TX, 75230-7115, United States | 5/26/2023 | VEN-184 | | Unpaid Acounts Payable | | $6,780.14 |
| 2 | Titan Solar Power NJ Inc | Desert Green Solar | 12300 Washington BLVD. suite C., Whittier, CA, 90606, Un | 5/7/2024 | 00100-NJ | | Unpaid Acounts Payable | | $5,125.00 |
| 3 | Titan Solar Power NJ Inc | MARSHALL DENNEHEY PC | ATTN CASH RECEIPTS, 2000 MARKET ST, FL 22, PHILA | 4/4/2024 | VEN-100806 | | Unpaid Acounts Payable | | $10,275.00 |
| 4 | Titan Solar Power NJ Inc | PM&M ELECTRIC INC | United States | 3/31/2024 | VEN-567 | | Unpaid Acounts Payable | | $2,282.67 |
| 5 | Titan Solar Power NJ Inc | R&H Industries | United States | 9/16/2022 | 11111-NJ | | Unpaid Acounts Payable | | $16,657.54 |
| 6 | Titan Solar Power NJ Inc | Skyline Solar LLC | 4 Crossroads Drive, Suite 116, Hamilton Township, NJ, 86 | 4/26/2024 | 50156-NJ | | Unpaid Acounts Payable | | $14,990.60 |
| 7 | Titan Solar Power NJ Inc | Solar is Easy LLC | United States | 6/19/2023 | 92910-NJ | | Unpaid Acounts Payable | | $1,380.00 |
| 8 | Titan Solar Power NJ, Inc | Marshall Dennehey | 2000 MARKET ST, FL 22, PHILADELPHIA, PA, 19103-700 | 4/4/2024 | VEN-100806 | | Unpaid Acounts Payable | | $10,275.00 |
| N/A | Titan Solar Power NJ Inc | Due to From Titan Solar Power NJ/Titan Solar Power | 2222 E Yeager Dr, Suite 100, Chandler, AZ 85286 | | | | Unpaid Line of Credit | | $3,350.00 |
| N/A | Titan Solar Power NJ Inc | Due To From Titan Solar Power UT/Titan Solar Power | 2222 E Yeager Dr, Suite 100, Chandler, AZ 85286 | | | | Unpaid Line of Credit | | $59,083.08 |
| N/A | Titan Solar Power NJ Inc | Due to From Titan Solar Power NJ/Titan Solar Power | 2222 E Yeager Dr, Suite 100, Chandler, AZ 85286 | | | | Unpaid Line of Credit | | $4,041.75 |
| N/A | Titan Solar Power NJ Inc | Due to From Titan Solar Power NJ/Titan Solar Power | 2222 E Yeager Dr, Suite 100, Chandler, AZ 85286 | | | | Unpaid Line of Credit | | $500.00 |
| N/A | Titan Solar Power NJ Inc | N/R PDQ Nation LLC | | | | | Unpaid Line of Credit | | $1,640.00 |
| | | | | | | | | Total | $136,380.78 |

**Fill in this information to identify the case:**

Debtor name _____Titan Solar Power NJ, Inc._____

United States Bankruptcy Court for the: _____ District of ___AZ___
                                                                    (State)

Case number (If known): ___2:23-BK-05239-EPB___   Chapter ___7___

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☒ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.__
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2.__
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2.__
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2.__
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2.__
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2.__
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2.__
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Debtor name   Titan Solar Power NJ, Inc.

United States Bankruptcy Court for the: _____   District of __AZ__
                                                                    (State)

Case number (If known):   2:23-BK-05239-EPB

☐ Check if this is an
    amended filing

## Official Form 206H

## Schedule H: Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 _____ | Street _____ <br><br> _____ <br><br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br><br> _____ <br><br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br><br> _____ <br><br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br><br> _____ <br><br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ | Street _____ <br><br> _____ <br><br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 _____ | Street _____ <br><br> _____ <br><br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.___ | Street<br><br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |
| 2.___ | Street<br><br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |
| 2.___ | Street<br><br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |
| 2.___ | Street<br><br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |
| 2.___ | Street<br><br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |
| 2.___ | Street<br><br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |
| 2.___ | Street<br><br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |
| 2.___ | Street<br><br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |

**Fill in this information to identify the case:**

Debtor name ___Titan Solar Power NJ, Inc.___

United States Bankruptcy Court for the: _____ District of __AZ__
(State)

Case number (If known): __2:23-BK-05239-EPB__

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

---

**Part 1:**   **Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................... $ 0

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................... $ 329,697.71

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................... $ 329,697.71

---

**Part 2:**   **Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............ $ 0

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ............................................ $ 0

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ....................... + $ 136,380.78

4. **Total liabilities**...........................................................................................................
   Lines 2 + 3a + 3b          $ 136,380.78