| | |
|---|---|
| 1 | Ryan W. Anderson (#020974) |
| | Alan A. Meda (#009213) |
| 2 | Shawn McCabe (#032402) |
| | BURCH & CRACCHIOLO, P.A. |
| 3 | 1850 N. Central Ave., Suite 1700 |
| | Phoenix, AZ 85004 |
| 4 | Tel: 602.274.7611 |
| | randerson@bcattorneys.com |
| | ameda@bcattorneys.com |
| 5 | smccabe@bcattorneys.com |
| 6 | Attorneys for Anthony H. Mason, the Chapter 7 Trustee for In re Titan Solar Power NJ, Inc. |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Chapter 7 |
| [TITAN SOLAR POWER] PM & M ELECTRIC, INC. | Case No. 2:24-bk-04978-MCW |
| Debtor. | **Admin Case No. 2:24-bk-05239-MCW** |
| THIS FILING APPLIES TO: | (Jointly Administered) |
| ☐ All Debtors<br>☒ Specific Debtors | **OFFICIAL SERVICE LIST FOR TITAN SOLAR POWER NJ** |
| **TITAN SOLAR POWER, NJ** | |

Anthony H. Mason, the Chapter 7 Trustee ("Trustee"), hereby files this Official Service List as of October 28, 2024. On October 23, 2024, the Court entered an Order Directing Chapter 7 Trustee to Maintain, Update, and File the Official Service List in this Case ("OML Order") (DE 176). The OML Order directs the Trustee to file the Official Service List and to regularly update the Official Service List on the docket. Below is the Official Service list as of October 28, 2024. The Trustee will file updated versions of the Official Service List consistent with the OML Order.

**1.      Office of the United States Trustee:**

Office of the United States Trustee
230 N. First Ave., Suite 204
Phoenix, AZ 85003-1706
edward.k.bernatavicius@usdoj.gov*
USTP.Region14@usdoj.gov*

**2.      Counsel for Secured Creditor Identified on Schedule D:**

SolarEdge Technologies, Inc.
c/o DLA Piper
C. Kevin Kobbe
Kyle T. Orne
Harbor East
650 S. Exeter Street Suite 1100
Baltimore, MD 21202
kevin.kobbe@dlapiper.com*
kyle.orne@us.dlapiper.com*

**3.      Counsel for the Debtor:**

Snell & Wilmer L.L.P.
Christopher H. Bayley
1 East Washington Street
Suite 2700
Phoenix, AZ 85004
CBayley@swlaw.com*

**4.      Counsel for Trustees:**

Burch & Cracchiolo
Ryan W. Anderson
Alan A. Meda
Shawn McCabe
1850 N. Central Avenue #1700
Phoenix, AZ 85004
randerson@bcattorneys.com*
ameda@bcattorneys.com*
smccabe@bcattorneys.com*
*Counsel for Trustee Anthony H. Mason*

| 1 | Lane & Nach, P.C. |
| --- | --- |
| | Adam B. Nach |
| 2 | Paul M. Hilkert |
| | 2001 East Campbell, Suite 103 |
| 3 | Phoenix, AZ 85016 |
| | adam.nach@lane-nach.com* |
| 4 | paul.hilkert@lane-nach.com* |
| | *Counsel for Trustee David A. Birdsell* |
| 5 | |
| | Lane & Nach, P.C. |
| 6 | Michael P. Lane |
| | Helen K. Santilli |
| 7 | 2001 East Campbell Ave, Ste. 103 |
| | Phoenix, AZ 85016 |
| 8 | Michael.lane@lane-nach.com |
| | Helen.santilli@lane-nach.com |
| 9 | *Counsel for Trustee Lothar Goernitz* |
| 10 | Reaves Law Group |
| | Misty W. Weigle |
| 11 | 7310 N. 16th Street, Ste 227 |
| | Phoenix, AZ 85020 |
| 12 | mweigle@reaves-law.com* |
| | *Counsel for Trustee David Reaves* |
| 13 | |
| | Rusing Lopez & Lizardi, P.L.L.C. |
| 14 | c/o Theodore P. Witthoft |
| | 16427 N. Scottsdale Rd., Suite 200 |
| 15 | Scottsdale, AZ 85254 |
| | twitthoft@rllaz.com* |
| 16 | *Counsel for Trustee* |

17 **5.      Parties Who Filed Request for Notice:**

| | | |
| --- | --- | --- |
| 18 | AMEX TRS Co, Inc. | ACE American Insurance Company |
| | c/o Becket and Lee, LLP | Engelman Berger, P.C. |
| 19 | PO Box 3001 | Bradley David Pack |
| | Malvern, PA 19355 | 2800 N. Central Avenue, Suite 1200 |
| 20 | *Interested Party* | Phoenix, AZ 85004 |
| | | bdp@eblawyers.com* |
| 21 | | *Creditor* |
| 22 | | |

3

| # | | |
|---|---|---|
| 1 | Alison Cloonan, Jeremy White, & Cameren White | FIRST Insurance Funding c/o Allen, Jones & Giles |
| 2 | c/o Khan & Ahart, PLLC Krystal Marie Ahart | Thomas H. Allen David B. Nelson |
| 3 | 301 E. Bethany Home Rd. Ste. C-195 | 1850 N. Central Ave., Suite 1025 Phoenix, AZ 85004 |
| 4 | Phoenix, AZ 85012 Krystal.Ahart@azbk.biz* | tallen@bkfirmaz.com* dnelson@bkfirmaz.com* |
| 5 | *Creditor* | *Creditor* |
| 6 | Team Tag Services, LLC and Aspen Dental Management, Inc. | FIRST Insurance Funding c/o Shapiro, Sher, Guinot &Sandler |
| 7 | c/o Squire Patton Boggs (US) 2325 E. Camelback Road, #700 | Scott Foley 250 W Pratt St., Suite 200 |
| 8 | Phoenix, AZ 85016 kelly.singer@squirepb.com* | Baltimore, MD 21201 SWF@shapirosher.com* |
| 9 | *Interested Party* | *Creditor* |
| 10 | David A. Birdsell 216 N Center St | Minck, LLC c/o O'Brien Legal, PLLC |
| 11 | Mesa, AZ 85201 ecf@azbktrustee.com* | 6245 E Bell Rd. Suite 114 Scottsdale, AZ 85254 |
| 12 | *Trustee* | evans@obrien-pllc.com* *Creditor* |
| 13 | Butterfield Building Center, LLC c/o Smith & Smith PLLC | Oracle America, Inc. |
| 14 | 6720 East Camino Principal, Suite 203 Tucson, AZ 85715 | c/o Buchalter Shawn M. Christianson, Esq. |
| 15 | john@smithandsmithpllc.com* *Interested Party* | 425 Market St., Suite 2900 San Francisco, CA 94105 |
| 16 | | *Creditor* |
| 17 | Consolidate Electrical Distributors c/o Lewis Roca Rothgerber Christie LLP Robert M. Charles, Jr. | David M. Reaves PO BOX 44320 |
| 18 | 1 South Church Ave, Ste 2000 Tucson, AZ 85701 | Phoenix, AZ 85064 trustee@reaves-law.com* |
| 19 | rcharles@lewisroca.com* *Creditor* | *Interested Party/Trustee* |
| 20 | | |
| 21 | | |
| 22 | | |

Texas Comptroller of Public Accounts
c/o Office of the Attorney General
Kimberly A. Walsh300 West 15th St., 8th Floor
Austin, TX 78711
bk-kwalsh@oag.texas.gov*
*Creditor*

**6.** **Creditors Delineated on Schedules D through F, to the Extent They are Not Listed Above:**

CED GREENTECH
PO BOX 207115
DALLAS TX 75230-7115

DESERT GREEN SOLAR
12300 WASHINGTON BLVD
SUITE C
WITTIER CA 90606

R&H INDUSTRIES
UNITED STATES

MARSHALL DENNEHEY PC
ATTN CASH RECEIPTS
2000 MARKET ST FL 22
PHILADELPHIA PA 19103

SKYLINE SOLAR LLC
4 CROSSROADS DRIVE
SUITE 116
HAMILTON TOWNSHIP NJ 08691

**7.** **The Internal Revenue Service and Applicable State Taxing Authorities**:

Internal Revenue Service
c/o United States Attorney's Office
40 N. Central Ave., Suite 1800
Phoenix, AZ 85004

| | | |
|---|---|---|
| 1 | Internal Revenue Service<br>Centralized Insolvency Operation | |
| 2 | P. O. Box 7346<br>Philadelphia, PA 19101-7346 | |
| 3 | | |
| 4 | NJ Division of Taxation<br>3 John Fitch Way, 5th Floor<br>PO Box 245 | |
| 5 | Trenton, NJ 08695-0245 | |
| 6 | Arizona Department of Revenue<br>c/o Office of the Arizona Attorney General | |
| 7 | 2005 N. Central Ave, Suite 100<br>Phoenix, AZ 85004 | |

8.  **Parties Who Have Timely Filed Proofs of Claim, to the Extent They are Not Listed Above:**

| | | |
|---|---|---|
| | Jose Diaz<br>111 Carolina Avenue,<br>Cherry Hill, NJ 08003 | Stephanie Marmol<br>490 Sylvan Street<br>Saddle Brook, New Jersey 07663 |
| | NICOLE THOMPSON<br>7250 GITHENS AVENUE<br>PENNSAUKEN TOWNSHIP, NJ 08109 | AMADEO ESPINOZA<br>906 COLUMBIA AVE<br>NORTH BERGEN, NJ 07047 |
| | Federal Insurance Company<br>c/o Duane Morris LLP<br>Attn: Wendy M. Simkulak<br>30 S 17th Street<br>Philadelphia, PA 19103 | ACE American Insurance Company<br>c/o Duane Morris LLP<br>Attn: Wendy M. Simkulak<br>30 S 17th Street<br>Philadelphia, PA 19103 |
| | JAMES ROACH<br>3 NADINA CT<br>TURNERSVILLE, NJ 08012 | GEORGE SARPONG<br>212 WYKAGYL ROAD<br>STRATFORD, NJ 08084 |
| | GoodLeap, LLC<br>Rudy J. Cerone - McGlinchey Stafford, PLLC<br>601 Poydras Street, 12th Floor<br>New Orleans, LA 70130 | NICOLE THOMPSON<br>7250 GITHENS AVENUE<br>PENNSAUKEN TOWNSHIP, NJ 08109<br><br>DAMON HORN<br>314 BERKSHIRE AVENUE<br>CHERRY HILL, NJ 08002 |

| | |
|---|---|
| Westchester Surplus Lines Ins Co<br>c/o Duane Morris LLP<br>Attn: Wendy M. Simkulak<br>30 S 17th Street<br>Philadelphia, PA 19103 | Family Business Fund LLC<br>as assignee of Solar Match LLC<br>c/o Kutak Rock LLP<br>Jeremy S. Williams<br>1021 E. Cary St., Ste. 810<br>Richmond, VA 23219 |

**9.** <u>**Any Other Party**</u>

Dated this 28th day of October 2024.

                        **BURCH & CRACCHIOLO P.A.**

                        /s/     Shawn A. McCabe (#032402
                        Ryan W. Anderson
                        Alan A. Meda
                        Shawn A. McCabe
                        Attorneys for the Trustee